PRERAK SHAH
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN, Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:   (202) 305-3022
Fax:     (202) 305-0506
john.tustin@usdoj.gov

KURT G. ALME
United States Attorney

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| FRIENDS OF THE BITTERROOT, | ) Case No. 9:20-cv-0019-DLC |
| | ) |
| Plaintiff, | ) |
| | ) JOINT CASE |
| v. | ) MANAGEMENT PLAN |
| | ) |
| LEANNE MARTEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The Parties submit the following Joint Case Management Plan in response to the Court's April 29, 2020 Order (ECF No. 11). On April 17, 2020, Defendants lodged the Administrative Record and provided the record to Plaintiff and the Court via overnight mail. ECF No. 9. The Parties agree that under the Administrative Procedure Act, this case will be properly resolved based on Administrative Record for the challenged agency action, and that neither discovery nor trial are appropriate in the case at bar.

The Parties agree to the following deadlines:

1. **May 1, 2020**: Deadline for Plaintiff to amend its complaint.

2. **May 14, 2020**: Deadline for Plaintiff to disclose to Defendants, informally and in writing, any materials that it asserts are necessary to supplement or complete the Administrative Record. The Parties shall thereafter seek, in good faith, to resolve any issues informally.

3. **May 28, 2020**: Deadline for any motion to supplement, complete, or otherwise challenge the sufficiency of the Administrative Record. Plaintiff may file any such motion based only on the issues that it raised informally with Defendants. Defendants reserve the right to object to, or move to strike, any extra-record evidence submitted by Plaintiff. The filing of any record motion will not suspend the Summary Judgment briefing schedule set

forth below.

4. **May 28, 2020**:  Deadline for Plaintiff's Motion for Summary Judgment and supporting materials.  Plaintiffs' Summary Judgment memorandum will be limited to 6,500 words, excluding caption and certificates of service and compliance.

5. **June 25, 2020**:  Deadline for Defendants' combined Cross-Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment and supporting materials.  Defendants' combined Summary Judgment memorandum/response brief will be limited to 6,500 words, excluding caption and certificates of service and compliance.

6. **July 16, 2020**:  Deadline for Plaintiff's combined Response to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment.  Plaintiff's combined Summary Judgment response/reply brief will be limited to 3,250 words, excluding caption and certificates of service and compliance.

7. **August 6, 2020**:  Deadline for Defendants' Reply in Support of their Cross Motion for Summary Judgment.  Defendants' Summary Judgment reply brief will be limited to 3,250 words, excluding caption and certificates of service and compliance.

Finally, given that this action is brought under the Administrative Procedure Act and that it is being briefed on summary judgment on an expedited basis, Defendants respectfully request that they may forgo filing an answer to Plaintiff's Complaint or any amendment thereto. Plaintiff does not object to this request.

Respectfully submitted on this 30th day of April, 2020.

| | |
|---|---|
| *For Defendants* | PRERAK SHAH<br>Deputy Assistant Attorney General<br>Environment and Natural Resources Division<br>United States Department of Justice |
| | */s/ John P. Tustin*<br>JOHN P. TUSTIN, Senior Attorney<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Phone:   (202) 305-3022<br>Fax:       (202) 305-0506<br>john.tustin@usdoj.gov |
| | KURT G. ALME<br>United States Attorney |
| *For Plaintiff* | */s/ Kristine M. Akland  (authorized via email)*<br>Kristine M. Akland<br>AKLAND LAW FIRM, PLLC<br>P.O. Box 7274<br>Missoula, MT 59807<br>(406) 544-9863<br>aklandlawfirm@gmail.com |

Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net