IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FRIENDS OF THE BITTERROOT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest Service, UNITED STATES FOREST SERVICE; an agency of the U.S. Department of Agriculture,<br><br>　　　　Defendants. | CV 20–19–M–DLC<br><br><br>ORDER |

IT IS ORDERED that the parties joint case management plan (Doc. 12) is adopted, with modifications as set forth below.  The following schedule shall govern the dispositive briefing in this matter:

1. **May 1, 2020**:  Deadline for Plaintiff to amend its complaint.  Defendants are not required to answer Plaintiff's Complaint or any amendment thereto.

2. **May 28, 2020**:  Deadline for any motion to supplement, complete, or otherwise challenge the sufficiency of the Administrative Record.

**Note: the filing of a motion to supplement to Administrative Record will not suspend the Summary Judgment briefing schedule set forth below.**

3. **May 28, 2020**:  Deadline for Plaintiff's Motion for Summary Judgment and brief in support (limited to 6,500 words).

4. **June 25, 2020**:  Deadline for Defendants' combined Cross-Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment and brief in support (limited to 6,500 words).

5. **July 16, 2020**:  Deadline for Plaintiff's combined Response to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment (limited to 3,250 words).

6. **August 6, 2020**:  Deadline for Defendants' Reply in Support of their Cross Motion for Summary Judgment (limited to 3,250 words).

The parties are reminded that in all documents filed with the Court, the parties shall not use any acronyms except for the following commonly understood acronyms in record review cases: NEPA, NFMA, APA, ESA, USFS, FWS and EIS.

DATED this 4th day of May, 2020.

_____
Dana L. Christensen, District Judge
United States District Court