IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FRIENDS OF THE BITTERROOT,<br><br>    Plaintiff,<br><br>vs.<br><br>LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest Service, UNITED STATES FOREST SERVICE; an agency of the U.S. Department of Agriculture,<br><br>    Defendants. | CV 20–19–M–DLC<br><br><br>ORDER |

Before the Court is Defendants' Unopposed Motion to Appear Remotely at the September 15, 2020 Summary Judgment Hearing. (Doc. 34.) Defendants request to appear by video conference if possible. (*Id.* at 2.)

IT IS ORDERED that the Motion (Doc. 34) is GRANTED. Defendants shall make arrangements with the Court's IT personnel to attend via video conference.

DATED this 20th day of August, 2020.

_____
Dana L. Christensen, District Judge
United States District Court