IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FRIENDS OF THE BITTERROOT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest Service, UNITED STATES FOREST SERVICE; an agency of the U.S. Department of Agriculture,<br><br>　　　　Defendants. | CV 20–19–M–DLC<br><br><br>ORDER |

　　　Plaintiff asserts the original Management Area Map shows the boundary line for Management Area 8b as following Road 74895. (Doc. 16 at 27–28.) Plaintiff provides the citation for this map at Forest Plan-019:015929. (*Id.*) The Court has been unable to locate this map. The Administrative Record is not consecutively paginated, and the Forest Plan folder does not contain any document 19 nor does it contain any page corresponding to AR 015929. If Plaintiff would like the Court to consider its NEPA challenge on this issue, Plaintiff shall resubmit Forest Plan-019:015929 as a stand alone exhibit along with instructions for locating the map in the administrative record.

IT IS ORDERED that Plaintiff's shall resubmit Forest Plan-019:015929 as a stand alone exhibit with instructions for located the map in the administrative record at Plaintiff's earliest convenience.

DATED this 22nd day of September, 2020.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court