UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FRIENDS OF THE BITTERROOT,<br><br>Plaintiff,<br><br>vs.<br><br>LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest, et al.,<br><br>Defendants. | Case No. CV-20-019-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_  Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed in accordance with the order issued on today's date.

Dated this 29th day of September, 2020.

TYLER P. GILMAN, CLERK

By: /s/ A.S. Goodwin
A.S. Goodwin, Deputy Clerk

