IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FRIENDS OF THE BITTERROOT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest Service, UNITED STATES FOREST SERVICE; an agency of the U.S. Department of Agriculture,<br><br>　　　　Defendants. | CV 20–19–M–DLC<br><br><br>ORDER |

　　　　Before the Court is Plaintiff's Motion for Attorneys Fees and Other Expenses. (Doc. 41.) On October 9, 2020, this Court granted Federal Defendants' motion for extension of time to file a response brief as Plaintiff's fee motion was premature. (Doc. 45.) This case is now on appeal to the Ninth Circuit. (Docs. 48 and 49.) Accordingly, the Court will deny Plaintiff's motion without prejudice as premature. Plaintiff may refile once there is a final, non-appealable judgment as defined by the Equal Access to Justice Act.

　　　　IT IS ORDERED that the Motion (Doc. 41) is DENIED without prejudice.

DATED this 29th day of December, 2020.

                                          *Dana L. Christensen*

                                          Dana L. Christensen, District Judge
                                          United States District Court