IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FRIENDS OF THE BITTERROOT,<br><br>   Plaintiff,<br><br>vs.<br><br>LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest Service, UNITED STATES FOREST SERVICE; an agency of the U.S. Department of Agriculture,<br><br>   Defendants. | CV 20–19–M–DLC<br><br><br>ORDER |

Currently pending before the Court is Plaintiff's Motion for Attorneys' Fees and Other Expenses. (Doc. 52.) On April 8, 2021, Plaintiff filed a notice, indicating that they voluntary withdraw said motion (Doc. 52), pursuant to a settlement agreement entered into between the parties. (Doc. 56.) Plaintiff's proposed order seeks dismissal of said motion with prejudice. (Doc. 56-2.)

Accordingly, IT IS ORDERED that the Plaintiff's motion (Doc. 52) is DISMISSED with prejudice.

DATED this 12th day of April, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1